DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| N.C. Med. Soc'y v. N.C. Bd. of Nursing<br><br>Case Below:<br>169 N.C. App. 1 | No. 214P05 | Respondent's PDR Under N.C.G.S. § 7A-31 (COA04-682) | Denied<br>10/06/05 |
| Norfolk S. Ry Co.v. Smith<br><br>Case Below:<br>169 N.C. App. 784 | No. 280P05 | 1. Def's NOA Based Upon a Constitutional Question (COA04-404)<br><br>2. Plt's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br><br>2. Allowed<br>11/03/05<br><br>3. Denied<br>11/03/05<br><br>**Martin, J. Recused** |
| Smythe v. Waffle House<br><br>Case Below:<br>170 N.C. App. 361 | No. 333P05 | Def's (Waffle House) PDR Under N.C.G.S. § 7A-31 (COA04-225) | Denied<br>10/06/05 |
| Stack v. Union Reg'l Mem'l Med. Ctr., Inc.<br><br>Case Below:<br>171 N.C. App. 322 | No. 477P05 | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA04-914)<br><br>2. Def's (Union Regional Memorial Medical Center, Inc.) Motion to Dismiss Petition<br><br>3. Plt's Motion to Suspend Rules Pursuant to Rule 2<br><br>4. Plt's PWC to Review Decision of COA | 1. ——<br><br><br>2. Allowed<br>10/06/05<br><br><br>3. Denied<br>10/06/05<br><br>4. Denied<br>10/06/05 |
| State v. Allen<br><br>Case Below:<br>171 N.C. App. 71 | No. 137P04-2 | 1. Def's NOA Based Upon a Constitutional Question (COA02-1624-2)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31<br><br>4. AG's Conditional PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br><br>2. Allowed<br>10/06/05<br><br>3. Denied<br>10/06/05<br><br>4. Dismissed as moot<br>10/06/05 |
| State v. Ash<br><br>Case Below:<br>169 N.C. App. 715 | No. 273P05 | 1. Def's NOA Based Upon a Constitutional Question (COA04-623)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br><br>2. Allowed<br>10/06/05<br><br>3. Denied<br>10/06/05 |